**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jasy Von BROWN, aka Jasy Drags Wolf, Defendant—Appellant.**

**No. 04–30219.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 11, 2005.

Decided Sept. 6, 2005.

Klaus P. Richter, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David F. Ness, Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge, GRABER, and FISHER, Circuit Judges.

ORDER *

Appellant has notified the court of his desire to pursue a remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). Defendant's sentence is therefore REMANDED. *United States v. Von Brown,* 417 F.3d 1077 (9th Cir.2005) (per curiam).

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 363.